ORDER: Motion GRANTED, response by November 30, 2020.

*/s/ William L. Campbell, Jr.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:18-cr-000277 |
| v. | ) | |
| | ) | Judge Campbell |
| JAMIE ALLEN STIRES | ) | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO MODIFY AND REDUCE TERM OF SUPERVISED RELEASE

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Monica R. Morrison, hereby moves this Court for an additional thirty days to respond to defendant's Motion to Modify and Reduce Defendant's Supervised Release Term. (DE 4, Motion). The Court ordered the United States to confer with defendant's Probation Officer and file a response to the Motion by October 30, 2020. The United States is unable to confer with the Defendant prior to the filing of this motion as the Defendant is pro se, and the United States does not have a telephone number for the Defendant. The United States does not seek this extension for the purposes of delay, but instead to ensure the United States appropriately addresses the issues raised by the Defendant in his motion.

    Respectfully submitted,
    DONALD Q. COCHRAN
    United States Attorney

    s/ *Monica R. Morrison*
    Monica R. Morrison
    Assistant United States Attorney